**No. 09-9052. Bernard Blake Allen, et ux., Petitioners v. United States.**

559 U.S. 1021, 130 S. Ct. 1920, 176 L. Ed. 2d 391, 2010 U.S. LEXIS 2401.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 343 Fed. Appx. 983.

**No. 09-9057. Norman Evans McElroy, Jr., Petitioner v. United States.**

559 U.S. 1021, 130 S. Ct. 1920, 176 L. Ed. 2d 391, 2010 U.S. LEXIS 2426.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 353 Fed. Appx. 191.

**No. 09-9059. Wendall Keith Robinson, Petitioner v. United States.**

559 U.S. 1021, 130 S. Ct. 1921, 176 L. Ed. 2d 391, 2010 U.S. LEXIS 2472.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 357 Fed. Appx. 612.

**No. 09-9060. Justin Sparks, Petitioner v. United States.**

559 U.S. 1021, 130 S. Ct. 1921, 176 L. Ed. 2d 391, 2010 U.S. LEXIS 2410.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 353 Fed. Appx. 121.

**No. 09-9061. Julio Cesar Lopez-Pena, Petitioner v. United States.**

559 U.S. 1021, 130 S. Ct. 1921, 176 L. Ed. 2d 391, 2010 U.S. LEXIS 2530.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 352 Fed. Appx. 482.

**No. 09-9065. Gabriel Schaffer, Petitioner v. United States.**

559 U.S. 1021, 130 S. Ct. 1921, 176 L. Ed. 2d 391, 2010 U.S. LEXIS 2485.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 586 F.3d 414.

**No. 09-9070. Antonio L. Davis, Petitioner v. United States.**

559 U.S. 1021, 130 S. Ct. 1921, 176 L. Ed. 2d 391, 2010 U.S. LEXIS 2503.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 333 Fed. Appx. 137.

**No. 09-9072. John H. Dillard, Petitioner v. United States.**

559 U.S. 1021, 130 S. Ct. 1922, 176 L. Ed. 2d 391, 2010 U.S. LEXIS 2450.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 354 Fed. Appx. 852.